Case 3:25-cr-00083-PDW *SEALED* Document 3 Filed 04/03/25 Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'25 APR 3 PM 1:29

United States of America
v.
Christopher Flowers, aka Jon

)
)
) Case No.  3:25-cr-83-1
)
)
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christopher Flowers, aka Jon ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances
Possession with Intent to Distribute Controlled Substances
Money Laundering Conspiracy
Aiding and Abetting
Forfeiture Notice

Date: 04/03/2025

/s/Sarah Lien
*Issuing officer's signature*

City and state: Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/12/25 , and the person was arrested on *(date)* 6/12/25
at *(city and state)* Chicago IL .

Date: 6/12/25


*Arresting officer's signature*

Charles Flox DUSM
*Printed name and title*